### 3038. THOMAS v. THE STATE.

HILL, C. J.　No error of law is complained of, and the evidence supports the verdict. See *Stevens* v. *State*, 77 *Ga.* 311.

*Judgment affirmed.*

DECIDED JANUARY 17, 1911.

Indictment for simple larceny; from Washington superior court—Judge Rawlings. October 1, 1910.

*Evans & Evans,* for plaintiff in error.

*Alfred Herrington, solicitor-general,* by *Hines & Jordan,* contra.

---

### 3048. HALL v. THE STATE.

HILL, C. J.　There is no evidence to. support the verdict, and it must be set aside as contrary to law. The court erred in not granting a new trial.

*Judgment reversed.*

DECIDED JANUARY 17, 1911.

Accusation of sale of liquor; from city court of Ocilla—Judge Oxford. October 31, 1910.

The accused was convicted of selling whisky. The only evidence introduced was that of the sheriff of the county, who testified, that he hid himself in a stable and saw the accused drive up to the stable with his dray, get off, and have a conversation with another man, and then go into the stable and come out with a bottle of whisky, which he gave to the other man. The witness saw no money pass, and did not think that any money passed between them when the whisky was delivered. He was in a position to see it, if any passed between them at that time. The stable did not belong to the accused. On searching the stable the witness found nine quarts of the same kind of whisky that the accused had given to the other man. When arrested the accused said that the whisky belonged to one George Boyd. The witness searched him and found $6.05 in his pocket. There was no further evidence as to this transaction.

*Newbern & Meeks, Lankford & Dickerson,* for plaintiff in error.

*H. J. Quincey, solicitor.*